## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeETTA WILLIAMS<br><br>                           Plaintiff(s)<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS<br><br>                           Defendant(s) | CASE NUMBER:<br><br>CV16-01589 ODW (DTB)<br><br>MINUTES OF PRISONER SETTLEMENT PROCEEDING |

A settlement proceeding was held in this case on 6/9/2017.

This proceeding lasted for   1   hours and   48   minutes.

The outcome of this proceeding was:

- [✓] The case has been ~~completely~~ settled.
- [ ] The parties agree to an additional follow-up settlement proceeding.
- [ ] The parties are unable to reach an agreement at this time.
- [✓] Other:  The case against Kimberly Hughes had been dismissed.

Dated:   November 16, 2017

Clerk, U.S. District Court

By:          R. Morales
         Deputy Clerk