UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 5:16-CV-01589-ODW-DTB | Date | June 27, 2018 |
|---|---|---|---|
| Title | *DeEtta Williams v. California Dep't of Corrections & Rehabilitation, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

On April 7, 2017, the Court entered minutes of a settlement conference held in front of Judge Bianchini. (ECF No. 30.) Thereafter, the parties stipulated to dismiss defendant Kimberly Hughes. (ECF Nos. 33–34.) At that juncture, the only remaining defendant was Michael Elwell.

On November 16, 2017, Judge Bianchini's clerk entered amended minutes of a settlement conference, indicating that, "The case has been ~~completely~~ settled." (ECF No. 35.) The Court could not decipher whether the entire case had been settled in light of what appears to be an interlineation on the Amended Minutes. (*See id.*) On April 16, 2018, the Court ordered Plaintiff to show cause as to whether she intended to continue prosecuting the action, in the event it was not completely settled. (ECF No. 36.) Now, three months later, Plaintiff still has not responded to the Court's Order. Accordingly, the Court **DISMISSES** this action, and the Clerk shall close this case.

      **IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |